IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REGINALD D. ABBOTT,<br>[DOB: 08/11/1979]<br><br>    Defendant. | No. _____<br><br>COUNT ONE:<br>*(Felon in Possession)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>[NMT: Ten Years Imprisonment,<br>$250,000 Fine, Three Years Supervised<br>Release, Plus $100 Special Assessment]<br>Class C Felony |

I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about August 26, 2014, in the Western District of Missouri, REGINALD D. ABBOTT, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, that is, two live rounds of Remington S&W .40 caliber ammunition and three live rounds of Federal S&W .40 caliber ammunition, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

  9/18/14                  /s/ Helen A. Chaffin
DATE                     FOREPERSON OF THE GRAND JURY

  /s/ Justin G. Davids
Justin G. Davids #57661
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri