UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name    Reginald D. Abbott
Alias Name
Birthdate         08/11/1979

**Related Case Information**

Superseding Indictment/Information  ☐ Yes  ☐ No   if yes, original case number _____

New Defendant                        ☐ Yes  ☐ No
Prior Complaint Case Number, if any    14-MJ-00159-JTM
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Justin G. Davids

**Interpreter Needed**
☐ Yes     Language and/or dialect _____
☐ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required       ☐ Yes  ☐ No
Warrant Required    ☐ Yes  ☒ No

**U.S.C. Citations**
Total # of Counts    1

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Unlawful Transport of Firearms, etc. | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

Date  9/18/14          Signature of AUSA  /s/ Justin G. Davids