IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-00253-01-CR-W-HFS |
| ) | |
| REGINALD ABBOTT, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ORDER PERMITTING DEFENDANT TO MARRY

Comes now the defendant, Reginald Abbott, by and through his undersigned counsel, Robert Kuchar, Assistant Federal Public Defender, Western District of Missouri, and moves this Court, for permission to marry Jacklon Marie Bailey.

## SUPPORTING FACTS

1. Mr. Abbott is charged with a violation of 18 U.S.C. §§ 922(g).

2. Mr. Abbott is in custody at CCA in Leavenworth, Kansas.

3. Mr. Abbott is requesting an Order from the Court allowing him to marry Jacklon Marie Bailey, while in custody.

4. No significant government interest will be affected by the granting of defendant's motion.

WHEREFORE, defendant prays that the Court will grant his motion allowing him to marry while in custody.

Respectfully submitted,

/s/ Robert Kuchar
Robert Kuchar
ATTORNEY
Assistant Federal Public Defender
818 Grand, Suite 300
Kansas City, MO 64106
(816) 471-8282
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that one copy of the foregoing motion was mailed to Justin Davids, Assistant United States Attorney, 400 E. 9th Street, 5th Floor, Kansas City, Missouri 64106, this 16th day of January, 2015.

/s/ Robert Kuchar
Robert Kuchar