IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. |
| ) | 14-00253-01-CR-W-HFS |
| REGINALD ABBOTT, ) | |
| ) | |
| Defendant. ) | |

O R D E R

Pending before the Court is the motion (Doc. No. 16) of defendant Reginald Abbott to permit his marriage to Jacklon Marie Bailey while he is in custody. The government opposes the motion on the basis that Ms. Bailey will be a critical witness in both federal and state charges which defendant Abbott faces. The government contends that if the marriage is allowed Ms. Bailey could assert a marital privilege which would prevent her from being compelled to testify. Under these circumstances the Court concludes that, at this time, allowing defendant Abbott to marry Ms. Bailey while he is in custody is not in the interest of justice. For this reason, it is

ORDERED that the motion (Doc. No. 16) of defendant Reginald Abbott to permit his marriage to Jacklon Marie Bailey while he is in custody is DENIED without prejudice if there is a material change in circumstance.

                                                                            /s/ JOHN T. MAUGHMER
                                                                                John T. Maughmer
                                                                     United States Magistrate Judge