IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

**ORDER OF TRANSFER**

With the consent of the Honorable Howard F. Sachs, the criminal cases listed on Attachment A to this order are hereby transferred to Judge Phillips.

IT IS SO ORDERED.

/s/ Greg Kays
Greg Kays, Chief Judge
United States District Court

Date: February 11, 2015

ATTACHMENT A

| Case No. | Transferee Judge | Style of Case |
|---|---|---|
| 14-00202-01 | HFS | USA v. Lawrence Villar |
| 14-00088-01 | HFS | USA v. Robert Eugene Craig |
| 14-00122-01 | HFS | USA v. Reginald Ford |
| 14-00253-01 | HFS | USA v. Reginald D. Abbott |