UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>REGINALD D. ABBOTT,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  Case No. 14-00253-01-CR-W-BP<br>)<br>)<br>) |

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of March 30, 2018, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Reginald D. Abbott:

**The defendant shall be monitored by the form of location monitoring indicated below for a period of up to 60 days and shall abide by all technology requirements:**

    **Location Monitoring Technology at the Discretion of the Officer**

**This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**

**You are restricted to your residence every day from 10:00 p.m. to 6:00 a.m., or as directed by the supervising officer (Curfew).**

**The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.**

                                                  /s/ Beth Phillips
                                                  BETH PHILLIPS
                                                  U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 30th day of March, 2018.