UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| REGINALD D. ABBOTT | ) Case No. 14-00253-01-CR-W-BP |
| Defendant. | ) |

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of August 23, 2018, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Reginald D. Abbott:

**The defendant shall perform 8 hours of community service.**

/s/ Beth Phillips
BETH PHILLIPS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 24th day of August, 2018.