IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>REGINALD D. ABBOTT,<br>                      Defendant. | Case No. 14-00253-01-CR-W-BP |

## ENTRY OF APPEARANCE

Comes now the United States of America, by and through its undersigned attorney, Robert M. Smith, Special Assistant United States Attorney, and enters his appearance as attorney of record for the United States of America in the above-reference case.

Effective this date, the following attorney is no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

**JUSTIN G. DAVIDS**

                                    Respectfully submitted,

                                    Timothy A. Garrison
                                    United States Attorney

                      By    */s/ Robert M. Smith*

                                    Robert M. Smith
                                    Special Assistant United States Attorney

                                    Narcotics & Violent Crimes Unit
                                    Charles Evans Whittaker Courthouse
                                    400 East Ninth Street, Suite 5510
                                    Kansas City, Missouri    64106
                                    Telephone:   (816) 426-3122

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on October 15, 2018, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Robert M. Smith*
Robert M. Smith
Special Assistant United States Attorney